Case 1:23-cv-00162   Document 35   Filed on 10/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| J. RUIZ,<br>    Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORP. *et al.*,<br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:23-cv-162<br>§<br>§<br>§ |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On October 21, 2025, this Court received "Joint Advisory Regarding Arbitration Status." Dkt. No. 34. Both Plaintiff J. Ruiz and Defendants Tenet Healthcare Corp., VHS Valley Management Company, Inc., d/b/a/ Valley Baptist Medical Center – Brownsville signed the filing. *Id*.

In this filing, the parties represent that the arbitrator in their case "issued a Final Award on October 14, 2025." *Id*. Because of this, "the parties request that the Court dismiss this matter with prejudice with each party bearing its own costs and attorney's fees." *Id*. Given this language, the Court construes the filing to include a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** with prejudice. As agreed, each party shall bear their own costs and fees related to this litigation.

The Clerk of Court is **DIRECTED** to close this case.

Signed on October 23, 2025.

_____
Karen Betancourt
United States Magistrate Judge